UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-cr-00377-H

UNITED STATES OF AMERICA

v.                                          ORDER TO SEAL

DAVID DUNN, JR.

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the

motion to seal the Proposed Sealed Motion [D.E. 19] is GRANTED and will be sealed until further

notice by this Court, except that copies may be provided to the Assistant United States Attorney,

Counsel for the Defendant, and the United States Probation Officer.

This 1st day of February 2018.

MALCOLM J. HOWARD
Senior United States District Court Judge